# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137958

GLORIA WILLIAMS,
      Plaintiff-Appellant,

v

FRANKENMUTH BAVARIAN INN, INC.,
      Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137958
COA: 283898
Saginaw CC: 06-060077-NO

_____/

      On order of the Court, the application for leave to appeal the November 13, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

0316

                Clerk